

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Lowell Scott Weil, DPM, and Weil Foot and Ankle Institute, LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Bayer HealthCare, LLC, Bayer Consumer Care Holdings, LLC, and Merck & Co., Inc.<br><br>Defendant. | Honorable Charles S. Norgle, Sr.<br><br>Case No. 1:15-cv-11519 |

## AGREED ORDER

This matter having come before the Court by agreement of Plaintiffs Lowell Scott Weil, DPM, and Weil Foot and Ankle Institute, LLC ("Plaintiffs") and defendants Bayer HealthCare, LLC, Bayer Consumer Care Holdings, LLC, and Merck & Co., Inc.("Defendants") (collectively "the parties"), it is hereby ordered:

Section II B of the parties' Joint Rule 26(f) Report (Doc. No. 73) is hereby amended as follows:

| Event | Plaintiffs' Proposed Deadline |
|---|---|
| Fact discovery deadline | January 22, 2018 |
| Plaintiffs' deadline to disclose experts and serve expert reports; and experts to be presented for deposition within 30 days | February 22, 2018 |
| Defendants' deadline to disclose experts and serve expert reports; and to be presented for deposition within 30 days | April 23, 2018 |
| Deadline for filing motions – summary judgment or *Daubert* motions | June 22, 2018 |

| Deadline for filing responses to motions | July 23, 2018 |
|---|---|
| Deadline for filing reply briefs in support of motions | August 6, 2018 |

Entered:

_____
Honorable Charles Norgle

7/20/2017

2017 JUL 20 PM 4:28