**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| Lowell Scott Weil, DPM, and Weil Foot and Ankle Institute, LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Bayer HealthCare, LLC, Bayer Consumer Care Holdings, LLC, and Merck & Co., Inc.<br><br>Defendants. | Honorable Charles S. Norgle, Sr.<br><br>Case No. 1:15-cv-11519 |

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs Lowell Scott Weil, DPM, and Weil Foot and Ankle Institute, LLC ("Plaintiffs") and Defendants Bayer HealthCare, LLC, Bayer Consumer Care Holdings, LLC, and Merck & Co., Inc. ("Defendants") (collectively "the parties"), by and through their respective attorneys, hereby stipulate and agree that Plaintiffs may, and hereby do, dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to bear their own costs and attorneys' fees.

Dated: October 20, 2017          /s/  Claire Gorman Kenny_____

                                                                   Michael H. Moirano
                                                                   Claire Gorman Kenny
                                                                   Stephen A. Gorman
                                                                   Moirano Gorman Kenny, LLC
                                                                   135 S. LaSalle St., Suite 3025
                                                                   Chicago, Illinois 60603
                                                                   (312) 614-1260

                                Steven M. Levin
                                Margaret P. Battersby
                                Cari F. Silverman
                                Levin & Perconti
                                325 North LaSalle Street, Suite 450
                                Chicago, Illinois 60601
                                (312) 332-2872

                                William T. McGrath
                                Davis McGrath, LLC
                                125 S Wacker Dr., Suite 1700
                                Chicago, IL 60606
                                (312) 332-3033

                                Attorneys for Plaintiffs

Dated: October 20, 2017          By: /s/ Kara L. McCall

                                Eugene A. Schoon
                                eschoon@sidley.com
                                Kara L. McCall
                                kmccall@sidley.com
                                Sidley Austin LLP
                                One South Dearborn Street
                                Chicago, Illinois  60603
                                Phone:  (312) 853-7000
                                Fax:     (312) 853-7036

                                Attorneys for Defendant Bayer HealthCare LLC
                                and Bayer Consumer Care Holdings, LLC

| | |
|---|---|
| Dated: October 20, 2017 | By: /s/ Michael Eidel |

                                            Joseph E. Collins
jcollins@foxrothschild.com
Fox Rothschild LLP
353 N. Clark Street, Suite 3650
Chicago, IL 60654
Phone: (312) 517-9227
Fax: (312) 517-9201

And

Michael Eidel (pro hac vice)
meidel@foxrothschild.com
Clair E. Wischusen (pro hac vice)
cwischusen@foxrothschild.com
2700 Kelly Road, Suite 300
Warrington, Pennsylvania 18976
Phone: (215) 345-7500
Fax: (215) 345-7507

Attorneys for Defendant Merck & Co., Inc.