**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division**

Lowell Scott Weil, et al.
                              Plaintiff,
v.                                                Case No.: 1:15−cv−11519
                                                  Honorable Charles R. Norgle Sr.
Bayer AG, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 27, 2017:

MINUTE entry before the Honorable Charles R. Norgle: It is hereby ordered that this case is voluntarily dismissed with prejudice, all parties to bear their own costs and attorneys' fees [81]. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.